IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV210 |
| v. | ) ) | |
| GEORGE W. LAWS, JUDITH B. LAWS and HISLAWS ENTERPRISES, INC., a Florida corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court on the motion to stay (Filing No. 9).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that this action is stayed; the parties shall file a report on or before November 10, 2008, as to the status of this action.

      DATED this 13th day of August, 2008.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court