```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

HOME INSTEAD, INC., a          )
Nebraska corporation,          )
                               )
               Plaintiff,      )           8:08CV210
                               )
          v.                   )
                               )
GEORGE W. LAWS, JUDITH B.      )           ORDER
LAWS and HISLAWS ENTERPRISES,  )
INC., a Florida corporation,   )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on the motion to extend stay (Filing No. 12). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; this action is stayed until February 9, 2009, at which time the parties shall file a status report.

DATED this 13th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court