IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a<br>Nebraska corporation, | )<br>)<br>) | |
| Plaintiff, | ) | 8:08CV210 |
| v. | )<br>)<br>) | |
| GEORGE W. LAWS, JUDITH B.<br>LAWS and HISLAWS ENTERPRISES,<br>INC., a Florida corporation, | )<br>)<br>)<br>) | ORDER |
| Defendants. | ) | |

      This matter is before the Court on the motion to extend stay (Filing No. 15).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; this action is stayed until March 11, 2009, at which time the parties shall file a status report.

      DATED this 10th day of February, 2009.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court